UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORN ALLEN FREEMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HILL, Warden,<br><br>　　　　　Respondent. | No.  2:21-cv-1982 KJM AC P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  A motion to dismiss is fully briefed.  ECF Nos. 12 (Respondent's motion), 14 (Petitioner's opposition to motion, captioned as a traverse), 15 (reply).

　　　　Petitioner has filed a notice with the court indicating that he never received a copy of Respondent's reply.  ECF No. 16.  The notice states that there is a backlog in the prison mail system, and petitioner opines that the filing may have been lost.  Id.  In light of this information, Respondent will be directed to re-serve the reply brief on petitioner.

　　　　Accordingly, IT IS HEREBY ORDERED that Respondent shall serve Petitioner by mail with a duplicate copy of the reply filed March 30, 2022 (ECF No. 15), within five days of this order.

DATED: June 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_____
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE