UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORN ALLEN FREEMAN, | No. 2:21-cv-1982 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| HILL, Warden, | |
| Respondent. | |

Petitioner has filed a motion for rulings. ECF No. 23. The motion was docketed in this court on April 7, 2023. As the court issued dispositive findings and recommendations on this case on March 31, 2023 (ECF No. 21), it appears that petitioner's request and the court's dispositive order have crossed in the mail. Therefore, the motion will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a ruling (ECF No. 23) is DENIED as moot.

DATED: April 20, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1