1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DORN ALLEN FREEMAN,                    No.  2:21-cv-1982 DJC AC P

12              Petitioner,

13        v.                                ORDER

14   HILL, WARDEN,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The action was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Dispositive findings and

20   recommendations are pending before the district judge.  ECF No. 21.

21        Petitioner has filed a motion for a certificate of appealability as well as a motion to

22   supplement the motion for a certificate of appealability.  ECF Nos. 26, 27.  Because the findings

23   and recommendations currently before the district judge address the question of whether a

24   certificate of appealability should issue (see ECF No. 21 at 6), and because no final dispositive

25   order has been issued in this case (see 28 U.S.C. 2253(c)(1)(A)) (final order requirement), the

26   motions are improperly filed and will be disregarded.  Should the district judge adopt the

27   recommended disposition, he will also rule on the matter of a certificate of appealability.

28   ////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Petitioner's motion for a certificate of appealability (ECF No. 26) is DISREGARDED

3    as prematurely filed, and

4        2.  Petitioner's motion to supplement his motion for a certificate of appealability (ECF

5    No. 27) is DISREGARDED as prematurely filed.

6    DATED: June 2, 2023

7    _____
     ALLISON CLAIRE

8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28