UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORN ALLEN FREEMAN,<br><br>        Petitioner,<br><br>   v.<br><br>HILL, WARDEN,<br><br>        Respondent. | No. 2:21-cv-1982 DJC AC P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 31, 2023, the Magistrate Judge issued findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 21.  Petitioner has filed objections to the findings and recommendations.  ECF No. 24.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations issued March 31, 2023 (ECF No. 21), are ADOPTED in full;

    2. Respondent's motion to dismiss (ECF No. 12) is DENIED AS MOOT;

    3. The petition is DISMISSED as an unauthorized second or successive petition pursuant to 28 U.S.C. § 2244(b), and

    4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right.  See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated:  **July 21, 2023**

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

free1982.805.hc